**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**

**CIVIL ACTION NO. 25-57-DLB**

**CLEON RILEY**                                                    **PETITIONER**

**v.**                                          **JUDGMENT**

**CHRISTOPHER ENTZEL, WARDEN**                          **RESPONDENT**

**\*\*\* \*\*\* \*\*\* \*\*\***

Consistent with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

1.      The petition **(Doc. # 1)** is **DENIED.**

2.      This matter is **STRICKEN** from the docket.

This 22nd day of April, 2026.



Signed By:
David L. Bunning
Chief United States District Judge

G:\Judge-DLB\DATA\ORDERS\PSO Orders\Riley 0-25-57 Judgment.docx